IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr322

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>STEVE CARLO ELAM )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court upon motion of the defendant for a continuance of this matter from the November 7, 2005 trial term in the Charlotte Division. (Doc. No. 14).

The Court finds that the defendant has not stated sufficient cause for a continuance in this matter.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

**Signed: November 3, 2005**

_____
Robert J. Conrad, Jr.
United States District Judge